UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE:                                    :    CASE NO.: 19-23454-SHL
                                          :
                                          :    CHAPTER: 13
Cassandra Bevilacqua,                     :
                                          :    HON. JUDGE.: SEAN H. LANE
Debtor.                                   :
                                          :
                                          :    HEARING DATE:
                                          :    September 1, 2021 at 10:00 A.M.
                                          :
                                          :
                                          :
------------------------------------------------------------------X

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE,** that upon the application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as trustee of Cabana Series III Trust (together with any successor or assign, "Movant"), the undersigned shall move this Court for an Order, pursuant to 11 U.S.C. §§ 362(d)(1)-(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtors' premises located at 243 Stone Avenue, Yonkers, NY 10701; granting Movant reasonable attorney fees and costs; and granting Movant such other and further relief as is just and proper.

This motion shall be heard at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on September 1, 2021 at 10:00 A.M., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, that answering affidavits, if any, must be served so as to be received not later than seven (7) days before the return date of this motion.

Dated: Garden City, New York
July 15, 2021

By: /s/Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Ave., Ste. 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

TO:

Cassandra Bevilacqua
243 Stone Ave
Yonkers, NY 10701
**Debtor**

Todd S. Cushner
Cushner & Associates, P.C.
399 Knollwood Road
Suite 205
White Plains, NY 10603
*Debtor's Attorney*

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
*Trustee*

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
*U.S. Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br><br>Cassandra Bevilacqua,<br><br>Debtor. | CASE NO.: 19-23454-SHL<br><br>CHAPTER: 13<br><br>HON. JUDGE.: SEAN H. LANE<br><br>HEARING DATE:<br>September 1, 2021 at 10:00 A.M. |

------------------------------------------------------------------X

## MOTION FOR RELIEF FROM THE
## AUTOMATIC STAY REGARDING REAL PROPERTY

Jonathan Schwalb, an attorney at law duly admitted to practice before the Courts of the State of New York and the U.S. District for the Southern District of New York, hereby affirms the following to be true under penalty of perjury:

SN Servicing Corporation as servicer for U.S. Bank Trust National Association as trustee of Cabana Series III Trust (together with any successor or assign, "Movant") hereby moves this Court, pursuant to 11 U.S.C. §§ 362(d)(1)-(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtors' premises located at 243 Stone Avenue, Yonkers, NY 10701 (the "Property"); granting Movant reasonable attorney fees and costs; and granting Movant such other and further relief as is just and proper. In support of this Motion, Movant respectfully states:

### FACTUAL HISTORY

1. Movant is a secured creditor of the Debtor pursuant to a Note executed by Cassandra M. Bevilacqua (the "Debtor") on August 22, 2003, whereby the Debtor promised to repay $238,000.00 plus interest to Mortgage Lenders Network USA, Inc. (the "Note"). To secure the

repayment of the Note, The Debtor executed a Mortgage in favor of Mortgage Lenders Network USA, Inc., encumbering the Property (the "Mortgage," Note and Mortgage, collectively, the "Loan"), recorded on May 11, 2004, Control NO. 441080043 in the Westchester County Clerk's Office. The Loan was ultimately assigned to Movant by an assignment of mortgage recorded on July 2, 2019, Control No. 591833272 (the "Assignment of Mortgage"). Copies of the Note, Mortgage, and Assignments of Mortgage are attached hereto as **Exhibit A**.

2.  A Petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on May 7, 2019.

3.  When the instant bankruptcy case was filed, the Loan was held and serviced by BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust ("BSI"). BSI filed a timely Proof of Claim evidencing the Loan, Claim No. 9-1.

4.  The Loan was then service transferred to Movant, as evidenced by a Transfer of Claim filed on June 30, 2021.

5.  The Debtors requested loss mitigation, pursuant to S.D.N.Y. General Order #M-451, in the proposed Ch. 13 Plan filed on October 18, 2019. Loss mitigation with Movant terminated by Order entered on April 7, 2021, with the outcome that the Debtor had intended to surrender the property. A copy of the Loss Mitigation Termination Order is attached hereto as **Exhibit B.**

6.  The Debtor has since filed a Motion to Sell the Property free and clear of all liens (the "Motion to Sell") pursuant to 11 U.S.C. §§ 363(b) and (f), for the sum of $325,000.00, on June 4, 2021. Our office has filed opposition to the Motion to Sell for the failure to seek approval of a short sale.

## LEGAL ARGUMENT

7.  Debtor has failed to make current mortgage payments due to Movant under the terms of the Loan. As a result, the Loan remains post-petition due for the March 1, 2021 payment and each subsequent payment thereafter.

8. A copy of the Relief from Stay-Real Estate and Cooperative Apartments ("Affidavit") is attached hereto as **Exhibit C**.

9. Pursuant to 11 U.S.C. § 362(d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause "including the lack of adequate protection of an interest in property of such party and interest."

10. Specifically, courts have found cause for the granting of relief from an automatic stay where the debtor has failed to make post-petition mortgage payments as they become due. *In Re Taylor*, 151 B.R. 646, 648 (Bankr. E.D.N.Y. 1993).

11. Relief pursuant to 11 U.S.C. § 362(d)(2) is also appropriate due to the lack of equity in the Property. As set forth in Relief from Stay-Real Estate and Cooperative Apartments ("Affidavit"), as of June 15, 2021, the approximate payoff on Movant's Loan is $428,037.87. A copy of the Relief from Stay-Real Estate and Cooperative Apartments ("Affidavit") is attached hereto as **Exhibit C**.

12. The Debtor's Schedule A/B values the Property at $375,000.00. As such, by the Debtors' own admission, there is no equity in the Property above the two mortgages, and the property is not necessary for an effective reorganization. As such, relief pursuant to 11 U.S.C. § 362(d)(2) is also appropriate.

13. Movant respectfully requests reasonable attorney fees in the amount of $950.00 and costs in the amount of $188.00 incurred in the preparation and filing of this Motion.

**WHEREFORE**, Movant respectfully requests an Order of this Court vacating the automatic stay for cause pursuant to 11 U.S.C. §§ 362(d)(1)-(2) allowing Movant, its agents, assigns or successors in interest, leave to foreclose the Mortgage secured by the subject Property; granting Movant reasonable attorney fees and costs; and for such other, further and different relief as to this Court may deem just, proper and equitable.

Dated: Garden City, New York
July 15, 2021

By: /s/Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Ave., Ste. 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150